# United States District Court
## Southern District of Georgia
### Brunswick Division

FILED
U.S. DISTRICT COURT

2007 MAR -8  P 4: 34

| | | |
|---|---|---|
| IRINA SHEMELINA BOWEN | * | |
| | * | CASE NUMBER   CV206-158 |
| vs | * | |
| GLYNN COUNTY SCHOOL DISTRICT, DAVE SMITH, LaVERNE COOPER, VENUS HOLMES, SHAW McVEIGH, MIKE HULSLEY, ETAL | * | |
| | * | |
| | * | |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS ORDERED that this action is hereby dismissed with prejudice subject to the right, upon good cause shown within sixty (60) days, to reopen the action for the sole purpose of enforcing the settlement.

IT IS FURTHER ORDERED that the Clerk of Court serve copies of this order, by United States mail, upon the attorneys of record for the parties appearing in this cause.

**SO ORDERED**, this  8th  day of    March   , 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA